HONORABLE RONALD B. LEIGHTON

11-CV-00624-ORD

FILED RECEIVED LODGED
OCT - 9 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LORRAINE KENNY, as personal representative of THE ESTATE OF THOMAS J. KENNY and on behalf of the decedent's statutory beneficiaries, LORRAINE KENNY, VICTORIA ELIZABETH KENNY, CRYSTAL JANE KENNY, LORINA MARIE KENNY, M.T.K., SAMUEL JAMES MARSDEN KENNY, and J.J.K.,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, et al.<br><br>Defendants. | CONSOLIDATED<br>CASE NO. 11-cv-00624<br><br>ORDER GRANTING PLAINTIFFS' PETITION TO APPROVE MINORS' COMPROMISE AND SETTLEMENT OF CLAIMS |
| Loehr v. BNSF Railway Company, et al.<br>Case No. 11-cv-729 | |

THIS MATTER, presented for hearing on Plaintiff's Petition to Approve Minors' Compromise and Settlement of Claims, and

THE COURT having considered the pleadings filed in the above captioned action and the following materials:

ORDER GRANTING PLAINTIFFS' PETITION TO APPROVE MINORS' COMPROMISE AND SETTLEMENT OF CLAIMS - Page 1 of 3

THORNTON MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

1. Plaintiffs' Petition to Approve Minors' Compromise And Settlement of Claims;

2. Declaration of George A. Thornton in Support of Plaintiffs' Petition;

3. Declaration of Zachary Herschensohn in Support of Plaintiffs' Petition;

4. Plaintiffs' [Proposed] Order Granting Plaintiffs' Petition to Approve Minors' Compromise and Settlement;

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiffs' Petition to Approve Minors' Compromise and Settlement is GRANTED;

DONE IN OPEN COURT this __9th__ day of __October__, 2012.

_____
HONORABLE RONALD LEIGHTON

PRESENTED BY:

THORNTON MOSTUL, P.L.L.C.

By: /s/ George A. Thornton
George A. Thornton, WSBA #8198
Mark C. Mostul, WSBA #13257
Of Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFFS' PETITION TO APPROVE MINORS' COMPROMISE AND SETTLEMENT OF CLAIMS - Page 2 of 3

THORNTON MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443