Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| LORRAINE KENNY, as personal representative of THE ESTATE OF THOMAS J. KENNY and on behalf of the decedent's statutory beneficiaries, LORRAINE KENNY, VICTORIA ELIZABETH KENNY, CRYSTAL JANE KENNY, LORINA MARIE KENNY, M.T.K., SAMUEL JAMES MARSDEN KENNY, and J.J.K., | CONSOLIDATED Case No. 2:11-cv- 00624-RBL |
| Plaintiff, | |
| v. | |
| BNSF RAILWAY COMPANY, a wholly-owned subsidiary of Burlington Northern Santa Fe Corporation, a Delaware corporation; and COACH AMERICA, d/b/a CUSA CSS, LLC, a Delaware Corporation; and CUSA CSS, LLC d/b/a/ CREW SHUTTLE SERVICES d/b/a COACH AMERICA CREW TRANSPORT, a Delaware Limited Liability Company, | **STIPULATED JUDGMENT OF DISMISSAL RE CASE No. 2:11-cv-00624-RBL ONLY** |
| Defendants. | |
| LOEHR v. BNSF RAILWAY CO., et al. 2:11-cv-00729-RBL | |

1614329

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1    IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's

2    claims against defendants shall be dismissed with prejudice and without attorney fees

3    or costs to any party.

4    DATED: December 3, 2012

5

6    /s/ Mark Mostul                                    /s/ Anne M. Bremner
     George A. Thornton                                 Anne M. Bremner
     Mark Mostul                                        Ted Buck
7    THORNTON MOSTUL, PLLC                              FREY BUCK, P.S.
     1000 Second Avenue, Suite 3310                     1200 Fifth Avenue, Suite 1900
8    Seattle, WA 98104                                  Seattle, WA 98101

9    Attorneys for Plaintiff                            Pamela M. Andrews
                                                        ANDREWS SKINNER P.S.
10                                                      645 Elliott Avenue W, Suite 350
                                                        Seattle, WA 98119
11
                                                        Attorneys for Defendants
12                                                      Coach America and CUSA CCS, LLC

13
                                                        /s/ Glenn W. Robles
14                                                      Glenn W. Robles, WSBA No. 37434
                                                        Aukjen T. Ingraham (admitted *pro hac vice*)
15                                                      David P. Morrison (admitted *pro hac vice*)
                                                        COSGRAVE VERGEER KESTER LLP
16                                                      888 SW Fifth Avenue, Suite 500
                                                        Portland, OR 97204
17
                                                        Attorneys for Defendant
18                                                      BNSF Railway Company

19
     Based on the parties' stipulation, it is
20
     ADJUDGED that all of plaintiff's claims against defendants are dismissed with
21
     prejudice and without attorney fees or costs to any party.
22
     DATED:  December __, 2012
23

24

25                                                      _____
                                                        Ronald B. Leighton
26                                                      United States Judge

**STIPULATED JUDGMENT OF DISMISSAL RE CASE No.**          COSGRAVE VERGEER KESTER LLP
**2:11-cv-00624-RBL ONLY** – Page 2                        Attorneys
[CV-11-00624]                                    1614329   888 SW Fifth Avenue, Suite 500
                                                           Portland, OR 97204
                                                           (503) 323-9000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all attorneys of record:

George A. Thornton
Mark Mostul
Thornton Mostul, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104
        Attorneys for Plaintiffs

Pamela M. Andrews
Andrews Skinner P.S.
645 Elliott Avenue W, Suite 350
Seattle, WA 98119
        Attorneys for Coach America and CUSA CCS, LLC

Anne M. Bremner
Ted Buck
Frey Buck, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
        Attorneys for Coach America and CUSA CCS, LLC


                                    /s/ Glenn W. Robles
                                    Glenn W. Robles, WSBA No. 37434
                                    Aukjen T. Ingraham (admitted *pro hac vice*)
                                    David P. Morrison (admitted *pro hac vice*)
                                    COSGRAVE VERGEER KESTER LLP
                                    888 SW Fifth Avenue, Suite 500
                                    Portland, OR 97204
                                    Telephone: (503) 323-9000
                                    Fax: (503) 323-9019
                                    E-mail:  grobles@cosgravelaw.com
                                            aingraham@cosgravelaw.com
                                            dmorrison@cosgravelaw.com

                                    Attorneys for Defendant
                                    BNSF Railway Company

Page 1 - **CERTIFICATE OF SERVICE**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000