Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT TACOMA

| | |
|---|---|
| LORRAINE KENNY, as personal representative of THE ESTATE OF THOMAS J. KENNY and on behalf of the decedent's statutory beneficiaries, LORRAINE KENNY, VICTORIA ELIZABETH KENNY, CRYSTAL JANE KENNY, LORINA MARIE KENNY, M.T.K., SAMUEL JAMES MARSDEN KENNY, and J.J.K.,<br><br>    Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY, a wholly-owned subsidiary of Burlington Northern Santa Fe Corporation, a Delaware corporation; and COACH AMERICA, d/b/a CUSA CSS, LLC, a Delaware Corporation; and CUSA CSS, LLC d/b/a/ CREW SHUTTLE SERVICES d/b/a COACH AMERICA CREW TRANSPORT, a Delaware Limited Liability Company,<br><br>    Defendants.<br><br>LOEHR v. BNSF RAILWAY CO., et al.<br>2:11-cv-00729-RBL | CONSOLIDATED<br>Case No. 2:11-cv- 00624-RBL<br><br><br><br><br><br><br><br><br><br><br>**STIPULATED JUDGMENT OF DISMISSAL RE CASE No. 2:11-cv-00624-RBL ONLY** |

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

Kenny SJOD.docx

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendants shall be dismissed with prejudice and without attorney fees or costs to any party.

DATED: December 3, 2012

/s/ Mark Mostul
George A. Thornton
Mark Mostul
THORNTON MOSTUL, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104

Attorneys for Plaintiff

/s/ Anne M. Bremner
Anne M. Bremner
Ted Buck
FREY BUCK, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101

Pamela M. Andrews
ANDREWS SKINNER P.S.
645 Elliott Avenue W, Suite 350
Seattle, WA 98119

Attorneys for Defendants
Coach America and CUSA CCS, LLC


/s/ Glenn W. Robles
Glenn W. Robles, WSBA No. 37434
Aukjen T. Ingraham (admitted *pro hac vice*)
David P. Morrison (admitted *pro hac vice*)
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, OR 97204

Attorneys for Defendant
BNSF Railway Company

Page 2 – STIPULATED JUDGMENT OF DISMISSAL
Kenny SJOD.docx

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendants are dismissed with prejudice and without attorney fees or costs to any party.

DATED: December 6th, 2012

_____
Ronald B. Leighton
United States District Judge

Page 3 – STIPULATED JUDGMENT OF DISMISSAL
Kenny SJOD.docx

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000